**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-7447**

———————

ALBERT RANDOLPH,

Plaintiff – Appellant,

v.

LORETTA KELLY, Warden-Chief; KEITH DAWKINS, Unit Manager
Housing Unit 4; R. WALLACE, Treatment Program Supervisor; D.
JONES/SHIFTLETT, Mrs., former TPS; D. HUDSON, Grievance
Coordinator; D. BERNADO, Mrs., Grievance Office/Designer;
WITT, Mrs., Offender Records/Designer; BAILEY, Mrs., Medical
Administrator; WEBB, Mrs., LPN Nurse; G.F. SIVELS, Mrs.,
Regional Ombudsman; DAVID ROBINSON, Regional Director;
EVANS, Mrs., Offender Records, Designee,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge.  (3:08-cv-00708-RLW)

———————

Submitted:  December 16, 2010      Decided:  December 29, 2010

———————

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Albert Randolph, Appellant Pro Se.  William W. Muse, Assistant
Attorney General, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert Randolph seeks to appeal the district court's order denying his motion for summary judgment on his 42 U.S.C. § 1983 (2006) complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Randolph seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Randolph's motion for transcript at government expense and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED